IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DISTRICT

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **vs.** : | **CRIM. ACTION 12-00141-KD** |
| : | |
| **MORRIS SEARS,** : | |
| : | |
| **Defendant.** : | |

## ORDER

This action is before the Court on the Government's Motion for a Continuance (Doc. 103). A status conference was conducted by the undersigned Magistrate Judge on October 26, 2012. Michael Magner, counsel for Defendant Morris Sears, and Assistant U.S. Attorney Charles Baer, counsel for the Government, appeared by telephone.

During the conference, counsel for the Government renewed their request for a continuance on the ground that Defendant has been ordered to undergo a competency evaluation; however, the evaluation cannot go forward until a neurological examination, currently scheduled for November 21, 2012, is completed.[1]

---

[1] In an Order dated October 19, 2012 (Doc. 101), Chief U.S. District Judge William Steele found that *bona fide* doubt exists with respect to Defendant's competency; thus, Defendant was ordered to undergo a competency evaluation after completion of a neurological examination, which was recommended by his treating physician.

According to Mr. Baer, the current trial setting does not allow sufficient time for completion of the competency evaluation. Mr. Magner advised that Defendant Sears takes no position with respect to the Government's request for a continuance.

Based upon counsel's representations and a review of the case file, the undersigned finds that a continuance is appropriate in this case, and that the ends of justice served by continuing this action outweigh the best interests of the public and Defendant in a speedy trial.  18 U.S.C.A. § 3161(h)(1)(A). Specifically, the undersigned finds that the request to continue this action until Defendant can undergo a competency evaluation, and the competency issue can be resolved is reasonable under the circumstances. 18 U.S.C.A. § 3161(h)(1)(A).  Accordingly, the Government's Motion for a Continuance is **GRANTED**.  This case is hereby **CONTINUED** to the **January 2013** criminal term, with jury selection commencing on **January 2, 2013**.  For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(1)(A).

This action is hereby set for a status conference  before the undersigned Magistrate Judge, via telephone, on **November 26, 2012** at **2:00 p.m.** Chambers' staff will coordinate the conference call.

DONE this **26th** day of **October, 2012.**

                                        **/s/ SONJA F. BIVINS**
                                    **UNITED STATES MAGISTRATE JUDGE**