IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DISTRICT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | CRIM. ACTION NO. 12-00141-KD |
| | : | |
| **MORRIS SEARS,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This action is before the Court *sua sponte*. A status conference was conducted by the undersigned Magistrate Judge on December 3, 2012. Michael Magner, counsel for Defendant Morris Sears, and Assistant U.S. Attorneys Charles Baer, Greg Bordenkircher, and Sinan Kalayoglu, counsel for the Government, participated by telephone.

During the conference, Mr. Magner reported that Defendant's neurological examination, previously scheduled for November 21, 2012, was postponed due to Defendant's hospitalization. According to Mr. Magner, Defendant has been released from the hospital and the neurological examination has been rescheduled for December 27, 2012. If Defendant does not undergo the neurological examination as scheduled, defense counsel shall file with the Court, no later than **December 28, 2012**, a notice detailing the reason that the neurological examination was not conducted. Additionally, counsel for the parties have agreed

that Dr. Murray Muchnick will conduct a competency examination of Defendant, preferably following the neurological examination, to assess his competency to stand trial. Counsel for the Government is responsible for scheduling the examination and shall file with the Court, no later **December 28, 2012,** a notice setting forth the date, time, and place for the competency examination by Dr. Muchnick.

Counsel for the parties were in agreement that the current January trial setting does not allow sufficient time for completion of the neurological and competency evaluations. Based upon counsel's representations and a review of the case file, the undersigned finds that a continuance is appropriate in this case, and that the ends of justice served by continuing this action outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C.A. § 3161(h)(1)(A). Specifically, the undersigned finds that a continuance of this action until Defendant can undergo a competency evaluation, and the competency issue can be resolved is reasonable under the circumstances. 18 U.S.C.A. § 3161(h)(1)(A). Accordingly, this case is hereby **CONTINUED** to the **February 2013** criminal term, with jury selection commencing on **February 4, 2013.** For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(1)(A).

This action is hereby set for a status conference before

the undersigned Magistrate Judge, via telephone, on **January 3, 2013** at **3:00 p.m.** Chambers' staff will coordinate the conference call.

DONE this **4th** day of **December, 2012.**

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**