```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

**UNITED STATES OF AMERICA**        :
                                    :
**vs.**                             :     **CRIM. ACTION: 12-00141-KD**
                                    :
**MORRIS SEARS,**                   :
                                    :
    **Defendant.**                  :

### ORDER

This action is before the Court on Defendant Morris Sears' Motion for a Continuance and Speedy Trial Waiver (Docs. 134, 135). The trial of this action has been continued repeatedly because Defendant has reported a variety of health-related issues. Defendant previously filed a Notice of Intent to Plea and Plea Agreement, and this action was set for a guilty plea hearing on April 22, 2013. However, Defendant is now requesting another continuance of the guilty plea hearing because he has been hospitalized since April 13, 2013, and is purportedly scheduled to undergo a heart catheterization and then possibly heart surgery for a valve replacement. (See Doc. 134). A status conference was conducted on April 18, 2013. Counsel for the parties participated by telephone. During the conference, defense counsel advised that Defendant is expected to undergo a heart catheterization in the next couple of days, and once it is completed, his doctors will have a more complete picture of the proper course of treatment for him, and the likely period for his

recuperation.  The Government voiced no opposition to Defendant's continuance request.

Based upon defense counsel's representations and the information contained in the motion for a continuance, the undersigned finds that a continuance is appropriate in this case, and that the ends of justice served by continuing this action outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C.A. § 3161(h)(1)(A).  Specifically, the undersigned finds that a continuance of this action to allow sufficient time for Defendant's treatment and recovery is reasonable under the circumstances. 18 U.S.C.A. § 3161(h)(1)(A). Accordingly, this case is hereby **CONTINUED** to the **June 2013** criminal term, with jury selection commencing on **June 3, 2013**[1]. For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(1)(A).

Defense counsel is directed to file, under seal, an updated report from Defendant's physician by **May 3, 2013.**  The report shall specifically address Defendant's course of treatment and the likely period for his recuperation.  Upon receipt of this report, the guilty plea hearing will be RESCHEDULED.

---

[1] Although Defendant has expressed his intention to enter a guilty plea, his case will remain on the trial calendar until the guilty plea proceedings are actually completed.

**DONE** this **22nd** day of **April, 2013.**

                                                     **/s/ SONJA F. BIVINS**
                                      **UNITED STATES MAGISTRATE JUDGE**